**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Ray Homsi

Plaintiff,

v.

Case No.: 1:24−cv−12215
Honorable Franklin U. Valderrama

Donald W. Duda, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2025:

MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants the parties' joint motion for reassignment of case as related, consolidation pursuant to Fed. R. Civ. P. 42(a), appointment of Plaintiffs' co−lead counsel, and stay of consolidated action. The following actions (together, the "Consolidated Derivative Action") are hereby designated as related and consolidated for all purposes, including pre−trial proceedings and trial, under the instant case number: 24−cv−12215, Homsi v. Duda et al. and 25−cv−01213, Murphy v. Schwabero, et al. The Clerk is therefore directed to reassign 25−cv−01213, Murphy v. Schwabero, et al. to this Court. All papers filed in the Consolidated Derivative Action shall be made in the Homsi Action and shall bear the following caption: In re Methode Electronics, Inc. Derivative Litigation, Case No. 1:24−cv−12215. The Court directs the Clerk to update the case caption of this case to be: In re Methode Electronics, Inc. Derivative Litigation and to add Kevin D. Murphy as a Plaintiff on the docket, with his counsel: Genc Arifi, Pomerantz LLP, 10 S LaSalle St., Ste 3505, Chicago, IL 60603, 312−377−1181, garifi@pomlaw.com and Christopher Phillip Taylor Tourek, Pomerantz LLP, 10 S. LaSalle Street, Suite 3505, Chicago, IL 60606, 312−881−4845, Fax: 312−377−1184, ctourek@pomlaw.com. The Court designates Co−lead counsel for Plaintiffs as detailed in the accompanying Order. The Consolidated Derivative Action is stayed as detailed in the Order. The parties are directed to file a status report within seven (7) days of any relevant orders entered in the Federal Securities Action. Finally, by 4/10/2025, the Court directs interim co−lead class counsel to also file a position statement as to whether or not 25−cv−01213, Murphy v. Schwabero, et al. may be closed, given it has been consolidated with this action. Enter Order. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.